[No. 14889-3-I.   Division One.   January 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD HOOVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00189-1, Charles V. Johnson, J., entered May 14, 1984. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 11965-6-I.   Division One.   January 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL STEIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-1-00129-8, Marshall Forrest, J., entered June 22, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman, J., Ringold, J., dissenting.

[No. 15085-5-I.   Division One.   January 13, 1986.]

R. ALEX POLSON, *Respondent,* v. JOHN C. VERTREES, SR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-05695-1, Gerard M. Shellan, J., entered June 22, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 12248-7-I.   Division One.   January 13, 1986.]

R. ALEX POLSON, *Respondent,* v. MARCO POLO SKI PRODUCTS, INC., ET AL, *Defendants,* MARK V. ELLINGSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 812779, Lee Kraft, J., entered August 20, 1982. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.